IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ELLIE C. GAUGHAN, | CV 23–90–BU–DLC |
| Plaintiff, | |
| v. | ORDER |
| SUNBEAM PRODUCTS, INC. and NEWELL BRANDS INC., | |
| Defendants. | |

Before the Court is Defendants' motion for the admission of attorney Matthew C. Wilson *pro hac vice*, in the above-captioned matter. (Doc. 28.) It appears Justin Harkins of Crowly Fleck PLLP will serve as local counsel. (*Id.* at 2–3.). Mr. Wilson's application (Doc. 28-1 at 1–4) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d) (Dec. 1, 2024).

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED on the condition that Wilson does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Wilson shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Wilson files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 23rd day of January, 2025.

*/s/ Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court