IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ELLIE C. GAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC. and NEWELL BRANDS INC.,<br><br>Defendants. | CV 23–90–BU–DLC<br><br><br>ORDER |

Before the Court is Defendants' unopposed motion to file exhibits under seal. (Doc. 57.) Defendants intend to use several of Plaintiff's medical records to support their response to Plaintiff's motion for summary judgment on Defendants' affirmative defenses (Doc. 47). (*Id.* at 1.) Defendants seek leave to file those records under seal pursuant to D. Mont. L.R. 5.2(b).

Accordingly, IT IS ORDERED that the motion (Doc. 57) is GRANTED. Defendants are granted leave to file Plaintiff's medical records under seal.

DATED this 14th day of April, 2025.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court