IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ELLIE C. GAUGHAN, | CV 23–90–BU–DLC |
| Plaintiff, | |
| v. | ORDER |
| SUNBEAM PRODUCTS, INC. and NEWELL BRANDS INC., | |
| Defendants. | |

The Parties have filed a Stipulation of Dismissal. Accordingly,

IT IS ORDERED that this matter is DISMISSED with prejudice, with each party to bear their own costs and fees.

DATED this 19th day of September, 2025.

Dana L. Christensen, District Judge
United States District Court